THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ruth Jonell
 Dean, Appellant,
 
 
 

v.

 
 
 
 Amanda Tompkins
 and Anita Robinson, Respondents.
 
 
 

Appeal From McCormick County
 William Jeffrey Young, Circuit Court
Judge

Unpublished Opinion No. 2012-UP-022   
 Submitted January 3, 2012  Filed January
25, 2012

AFFIRMED

 
 
 
 Leon Edward Green, of Aiken, for Appellant.
 Amanda Tompkins and Anita Robinson, pro
 se, of McCormick.
 
 
 

PER CURIAM: Ruth
 Jonell Dean appeals the circuit court's affirmance of the probate court's order
 finding she was not common-law married to Sherman Blair.  Dean argues the
 circuit court erred in (1) affirming the probate court because the probate
 court applied the wrong standard of proof and (2) not granting her request for
 a new trial because there was not a sufficient record to review the probate
 court.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to
 whether the circuit court erred in affirming
 the probate court because the probate court applied the wrong standard of proof: Medlock
 v. One 1985 Jeep Cherokee VIN 1JCWB7828FT129001, 322 S.C. 127, 132, 470 S.E.2d 373, 376 (1996)
 ("The appellant has the burden of providing this court with a sufficient
 record upon which to make a decision."); Neely v. Thomasson, 365
 S.C. 345, 349-50, 618 S.E.2d 884, 886 (2005) (holding the circuit court
 and the appellate court may not disturb the probate courts findings of fact
 unless a review of the record discloses there is no evidence to support them).
2.  As to whether the
 circuit court erred in not granting her request for a new trial because there
 was not a sufficient record to review the probate court: West v. Newberry
 Elec. Coop., 357 S.C. 537, 543, 593 S.E.2d 500, 503 (Ct. App. 2004)
 (holding an issue that is neither addressed by the circuit court in its final
 order nor raised by way of Rule 59(e), SCRCP, motion is not preserved for
 review).
AFFIRMED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.